<u>Eisermann v. Walker</u>
08 Civ. 3374 (DLC)

CERTIFICATE OF SERVICE

I, JOSEPH N. CORDARO, an Assistant United States Attorney for the Southern District of New York, hereby certify that on April 4, 2008, I caused a copy of the foregoing NOTICE OF REMOVAL to be served by First Class Mail upon the following:

ELIOT M. WOLF ESQ.
Wolf & Fuhrman, P.C.
Attorneys for Plaintiffs
1453 Webster Avenue
Bronx, New York 10456

THE DUTCHESS MEDICAL PRACTICE, P.C.
3360 Route 343
Amenia, New York 12501

Dated: New York, New York
       April 4, 2008

*[signature]*
JOSEPH N. CORDARO
Assistant United States Attorney