MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOSEPH N. CORDARO
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York  10007
Telephone: (212) 637-2745
Facsimile: (212) 637-2686
Email: joseph.cordaro@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

WENDY EISERMANN, As Mother and Natural
Guardian of J.S., and WENDY EISERMANN,
Individually,

               Plaintiffs,

     -against-

DAVID WALKER, M.D., THE DUTCHESS
MEDICAL PRACTICE, P.C., ROBERT
DWECK, M.D., and HUDSON RIVER
HEALTHCARE CENTERS,

               Defendants.

------------------------------------------------------------ x

08 Civ. 3374 (DLC) (HBP)

ECF CASE

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the accompanying (1) Memorandum of Law in Support of Motion to Substitute the United States for Defendants David Walker, M.D., Robert Dweck, M.D., and Hudson River HealthCare, Inc.,[1] and to Dismiss the Complaint as Against the United States, (2) Declaration of Meredith Torres, dated March 7, 2008, and (3) Declaration of Joseph N. Cordaro, dated April 11, 2008, Defendants David Walker, M.D., Robert Dweck, M.D.,

---

[1] Hudson River HealthCare, Inc., is incorrectly named in the caption of this case.  The correct name is used in this Notice of Motion and in the supporting papers on this motion.

and Hudson River HealthCare, Inc. (collectively, the "Federal Defendants"), by their attorney, Michael J. Garcia, United States Attorney for the Southern District of New York, hereby move this Court for an order substituting the United States of America (the "United States") for the Federal Defendants, dismissing the Complaint against the Federal Defendants with prejudice, and dismissing the Complaint against the United States for lack of subject matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.

Dated: New York, New York
      April 11, 2008

                              MICHAEL J. GARCIA
                              United States Attorney for the
                              Southern District of New York
                              Attorney for the Federal Defendants

By:    s/ Joseph N. Cordaro
        JOSEPH N. CORDARO
        Assistant United States Attorney
        86 Chambers Street, Third Floor
        New York, New York 10007
        Telephone: (212) 637-2745
        Facsimile: (212) 637-2686
        Email: joseph.cordaro@usdoj.gov

To:        ELIOT M. WOLF ESQ.
           Wolf & Fuhrman, P.C.
           Attorneys for Plaintiffs
           1453 Webster Avenue
           Bronx, New York 10456

           THE DUTCHESS MEDICAL PRACTICE, P.C.
           3360 Route 343
           Amenia, New York 12501