MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOSEPH N. CORDARO
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York  10007
Telephone: (212) 637-2745
Facsimile: (212) 637-2686
Email: joseph.cordaro@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

WENDY EISERMANN, As Mother and Natural :
Guardian of J.S., and WENDY EISERMANN, :
Individually, :
: 
: 08 Civ. 3374 (DLC) (HBP)
Plaintiffs, :
: ECF Case
-against- :
: **CERTIFICATE OF SERVICE**
:
DAVID WALKER, M.D., THE DUTCHESS :
MEDICAL PRACTICE, P.C., ROBERT :
DWECK, M.D., and HUDSON RIVER :
HEALTHCARE CENTERS, :
:
Defendants. :

------------------------------------------------------------ x

    I, JOSEPH N. CORDARO, an Assistant United States Attorney for the Southern District of New York, hereby certify that on April 11, 2008, I caused a copy of the foregoing (1) Notice of Motion, (2) Memorandum of Law in Support of Motion to Substitute the United States as Defendant for Defendants David Walker, M.D., Robert Walker, M.D., and Hudson River HealthCare, Inc., and to Dismiss the Complaint as Against the United States, (3) Declaration of Meredith Torres, dated March 7, 2008, with accompanying exhibit, and (4) Declaration of Joseph

N. Cordaro, dated April 11, 2008, with accompanying exhibits to be served by First Class Mail upon the following:

>ELIOT M. WOLF ESQ.
>Wolf & Fuhrman, P.C.
>1453 Webster Avenue
>Bronx, New York 10456
>*Attorneys for Plaintiffs*
>
>THE DUTCHESS MEDICAL PRACTICE, P.C.
>3360 Route 343
>Amenia, New York 12501

Dated:    New York, New York
          April 11, 2008

                                        s/ Joseph N. Cordaro
                                        JOSEPH N. CORDARO
                                        Assistant United States Attorney